IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| NAIR RODRIGUEZ, as next of kin to, the Estate of Luis Rodriguez, Nair Rodriguez, individually, and LUINAHI RODRIGUEZ, individually,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>WARREN THEATRES, LLC, OKLAHOMA, et al.<br><br>　　　　Defendants. | CASE NO. CIV-2016-150-D<br><br>Removed from the District Court of Oklahoma County, Oklahoma<br>Case No. CJ-2015-357 |

## EXHIBIT 11

### TO BE FILED CONVENTIONALLY

### VIDEO DISC CONTAINING VIDEOS OF

### NAIR RODRIGUEZ STRIKING DAUGHTER

### WARREN THEATRE PARKING LOT

### VIDEO BY NAIR RODRIGUEZ

WARREN