PRINTED BY: 83XXXX40

# MIDWEST REGIONAL MEDICAL CENTER
2825 Parklawn Dr.
Midwest City, OK 73110
Telephone: 405-610-4411

**DATE:** [illegible]
**ADMISSION RECORD**

**ACCOUNT NO:** 8210442
**MEDICAL RECORDS NO.** 0000525049

## PATIENT

| ADMIT DATE / TIME | ROOM NO. | PT | FC | AGE | DATE OF BIRTH | SEX | RA | MS | LOCATION | PROGRAM |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/15/2014 00:27 | 0000 | OA | A | 44 | [redacted] | M | 4 | M | AMB | AMBL |

**PATIENT NAME & ADDRESS:** RODRIGUEZ-SKERRETT, LUIS
NORMAN  OK 73069  US
**SS NUMBER:** [redacted]
**PHONE NUMBER:** [redacted]
**PATIENT EMPLOYER:** A1 ELECTRICAL
**EMPLOYER PHONE NO.:** (405)360-5545
**COUNTY:**

## GUARANTOR

**RESPONSIBLE PARTY & ADDRESS:** RODRIGUEZ-SKERRETT, LUIS
NORMAN  OK 73069  US
**SS NUMBER:** [redacted]
**PHONE NUMBER:** [redacted]
**RESPONSIBLE PARTY EMPLOYER:** A1 ELECTRICAL
**EMPLOYER PHONE:** (405)360-5545
**RELATIONSHIP TO PATIENT:** GUARANTOR RE

**EMERGENCY CONTACT NAME not in household:** RODRIGUEZ, NAIR
**EMERGENCY CONTACT PHONE:** [redacted]
**EMERGENCY CONTACT RELATIONSHIP TO PATIENT:** WIFE

**COMMENTS:** WARREN THEATRE TO MOORE #10782 3/1
**MSP:** ☐Y ☒N
**HHL ETH REL:** E  D  UNK
**PRIVACY:**
**NPP:**
**ADMIT. BY:** MKS

**PRIVACY:**
**ACCIDENT:**
**ACCIDENT DATE:**

## INSURANCE

| # | PAYER | PLAN | POLICY NUMBER | DATE OF BIRTH |
|---|---|---|---|---|
| 1 | 550 | OK1 | 008068955 | 04/12/1969 |

**INSURANCE CO. NAME & ADDRESS:** MEDICAID
PO BOX 18430
OKLAHOMA CITY  OK 73154
(800)987-7767
**INSURED'S NAME:** RODRIGUEZ-SKERRETT, LUIS
**GROUP NUMBER:**
**GROUP NAME:**
**AUTHORIZATION:**

| # | PAYER | PLAN | POLICY NUMBER | DATE OF BIRTH |
|---|---|---|---|---|
| 2 | | | | / / |

**INSURANCE CO. NAME & ADDRESS:**
**INSURED'S NAME:**
**GROUP NUMBER:**
**GROUP NAME:**
**AUTHORIZATION:**

| # | PAYER | PLAN | POLICY NUMBER | DATE OF BIRTH |
|---|---|---|---|---|
| 3 | | | | / / |

**INSURANCE CO. NAME & ADDRESS:**
**INSURED'S NAME:**
**GROUP NUMBER:**
**GROUP NAME:**
**AUTHORIZATION:**

## MISC

**DR. ADMITTING / ATTENDING:** AMBULANCE, DOCTOR  /
**DR. FAMILY / PRIMARY CARE:**
**CHIEF COMPLAINT:** CARDIAC ARREST
**ADMITTING DIAGNOSIS:**

**PRINCIPAL DIAGNOSIS** (The condition established after study to be chiefly responsible for occasioning the admission of the patient to the HOSPITAL for care):
**DISCHARGE DATE/TIME:**

**COMPLICATIONS:**

**COMORBIDITY(IES):**

**PRINCIPAL PROCEDURE:**

HMA7120

EXHIBIT 13  WARREN

MEDICAL RECORDS COPY

8210442

