# Oklahoma State Bureau of Investigation

## ACISS FORENSIC MULTIMEDIA EXAMINATION  OSBI2014-209/1

### Report Date:  02/26/2014

| Warning |
| --- |
| Contains entities exempt from disclosure |

## Primary Information

| | |
| --- | --- |
| Description: | EXAMINATION AND PROCESSING OF VIDEO |
| Occurence From: | 02/24/2014 00:00 |
| Occurence To: | 02/26/2014 00:00 |
| Dissemination Code: | NORMAL |
| Reporting LEO: | SALMON, ALAN D. (FORENSIC VIDEO / OKLAHOMA STATE BUREAU OF INVESTIGATION) |
| Approval Status: | Approved |
| Approved Date: | 03/18/2014 |
| Approved By: | SHIELDS, GREG (BACKGROUND INVESTIGATIONS / OKLAHOMA STATE BUREAU OF INVESTIGATION) |

## Agency Reference Numbers

| Agency | Case/File Number |
| --- | --- |
| MOORE POLICE DEPARTMENT | 14-06140 |

## Synopsis

Examine, capture relevant video, and prepare the video files for presentation to the District Attorney.

## Subject #1 - LAW ENFORCEMENT OFFICIAL #1 - BROWN, JUSTIN F

### Primary Information

| | |
| --- | --- |
| Exempt From Disclosure: | YES |
| Race: | WHITE |
| Record Type: | LAW ENFORCEMENT OFFICIAL |
| Subject Name: | BROWN, JUSTIN F |
| Sex: | MALE |
| Juvenile: | NO |

## Subject #2 - LAW ENFORCEMENT OFFICIAL #2 - HORN, BOB

### Primary Information

| | |
| --- | --- |
| Exempt From Disclosure: | YES |
| Race: | WHITE |
| Record Type: | LAW ENFORCEMENT OFFICIAL |
| Subject Name: | HORN, BOB |
| Sex: | MALE |
| Email: | BOB.HORN@OSBI.OK.GOV |
| Rank/Position: | ASAC |
| Juvenile: | NO |



EXHIBIT
10
Clarkston

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its content are not to be distributed outside your agency.

Page 1 of 5

# Oklahoma State Bureau of Investigation

## ACISS FORENSIC MULTIMEDIA EXAMINATION  OSBI2014-209/1

### Report Date:  02/26/2014

---

**Subject #2 - LAW ENFORCEMENT OFFICIAL #2 - HORN, BOB - Continued**

Related Addresses

| Address | Relationship |
|---|---|
| 6600 N HARVEY PL,  OKLAHOMA CITY,  OKLAHOMA 73116 , UNITED STATES OF AMERICA | BUSINESS / EMPLOYER / WORK |

Related Telephones

| Telephone Number | Relationship |
|---|---|
| (405) 848-6724 | BUSINESS / WORK/ EMPLOYER |

---

**Subject #3 - REQUESTING OFFICIAL #1 - WHITNEY, ADAM**

Primary Information

| | |
|---|---|
| Exempt From Disclosure: | YES |
| Race: | WHITE |
| Record Type: | LAW ENFORCEMENT OFFICIAL |
| Subject Name: | WHITNEY, ADAM |
| Sex: | MALE |
| Email: | ADAM.WHITNEY@OSBI.OK.GOV |
| Rank/Position: | AGENT |
| Juvenile: | NO |

Related Addresses

| Address | Relationship |
|---|---|
| 6600 N HARVEY PL,  OKLAHOMA CITY,  OKLAHOMA 73116 , UNITED STATES OF AMERICA | BUSINESS / EMPLOYER / WORK |

Related Telephones

| Telephone Number | Relationship |
|---|---|
| (405) 848-6724 | BUSINESS / WORK/ EMPLOYER |

---

**Subject #4 - REQUESTING AGENCY #1 - OSBI**

Primary Information

| | |
|---|---|
| Record Type: | OSBI |
| Subject Name: | OSBI |
| Juvenile: | NO |

Related Addresses

| Address | Relationship |
|---|---|
| 6600 N HARVEY PL,  OKLAHOMA CITY,  OKLAHOMA 73116 , UNITED STATES OF AMERICA | AGENCY ADDRESS |

---

**Record Status Information**

| | |
|---|---|
| Record Origination Operator: | SALMON, ALAN D. (FORENSIC VIDEO / OKLAHOMA STATE BUREAU OF INVESTIGATION) |
| Record Origination Date: | 02/26/2014 15:24 |
| Last Update Operator: | SHIELDS, GREG (BACKGROUND INVESTIGATIONS / OKLAHOMA STATE BUREAU OF INVESTIGATION) |
| Last Update Date: | 03/18/2014 08:52 |

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its content are not to be distributed outside your agency.

# Oklahoma State Bureau of Investigation

## ACISS FORENSIC MULTIMEDIA EXAMINATION  OSBI2014-209/1

### Report Date:  02/26/2014

| Reporting LEO | Date | Supervisor | Date |
|---|---|---|---|
| SALMON, ALAN D. (FORENSIC VIDEO / OKLAHOMA STATE BUREAU OF INVESTIGATION) | | SHIELDS, GREG (BACKGROUND INVESTIGATIONS / OKLAHOMA STATE BUREAU OF INVESTIGATION) | 5/30/2014 |
| | | | |

Narrative begins on the following page.

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its content are not to be distributed outside your agency.

## OKLAHOMA STATE BUREAU OF INVESTIGATION

TITLE OF REPORT:  **EXAMINATION AND PROCESSING OF VIDEO**

Special Agent ADAM WHITNEY requested assistance in viewing and examining the video files in this case. Three disks were copied without examination. Two disks were examined and copied to the BOXX2 system. Once those disks were copied, the original disks were given to WHITNEY.

The first disk was marked "14-06140, Copy, Cell Phone Video." It contained one video file. No processing was done to that video file.

The second disk was marked "Warren Video, Copy, 14-06140." It contained five files including a proprietary player, ACVS Enterprise Player, and one video file. The video file when opened in the player. The file contained four camera views. Two views were from the East side of the parking lot shooting West. Two were from the building shooting East into the parking lot. Because the two East side cameras were so far away from the incident they were not processed. The incident actually occurred off both East side camera views between their fields of view.

A portion of the camera view labeled "3 NE Customer" was captured using DVRdCoder and saved as both individual image files and as a Quicktime video file. The individual images were compiled into a PDF file. The PDF and the Quicktime Video were compiled into an Adobe Portfolio document which was copied to a DVD-R along with a PDF made from the Cell Phone video. Four DVD's were made. Three were given to WHITNEY and one retained in the FVA Lab. The Quicktime video was imported as AMA into Avid Media Composer. The video file from the disk marked Cell Phone Video was also imported as AMA into Avid Media Composer. In Media Composer a new sequence was made using the video from the 3 NE Customer video. A portion of that video was resized to 200% along with a second video track using picture-in-picture to show the time/date code. The result was exported as a new Quicktime video file. A second new sequence was made using the video from the 3 NE Customer video and the Cell Phone video. The cell phone video was superimposed in the upper left quadrant over the 3 NE Customer video. The videos were synchronized at the arrival of the ambulance. The result was exported as a new Quicktime video file. Those two new Quicktime video files were imported into Sorenson Squeeze and transcoded into MPEG-2 and Windows Media Video files. The MPEG-2 videos along with the first 3 NE Customer Quicktime file and the original Cell Phone video were authored into a DVD using DVD Architect. Five originals were made. Three were given to WHITNEY, one given to BOB HORN for the FBI, and one retained in the FVA Lab. The Windows Media Video files were copied to four disks with the same dissemination except HORN.

| Investigation On: 02/24/2014 | By: SALMON, ALAN D. |
|---|---|
| Date Reported: 02/26/2014 | File Number:  OSBI2014-209/1 |

This document contains neither recommendations nor conclusions of the OSBI. It is the property of the OSBI and is loaned to your agency; it and its content are not to be distributed outside your agency.

**EXAMINATION AND PROCESSING OF VIDEO**
**OSBI2014-209/1**

HORN asked if the individual images could be refocused. A tiff image from the 3 NE Customer view was imported into Photoshop. The image was processed with ClearID for focus using a deconvolution filter. The image could not be clarified enough to identify individuals due to the resolution of the image and the focus of the camera.

A small portion of the camera view labeled "5 NE Customer" was captured using DVRdCoder and saved as both individual image files and as a Quicktime video file. The individual images were compiled into a PDF file. Those files were compiled into an Adobe Portfolio file and copied to each of four disks. Three were given to WHITNEY and one retained by the FVA Lab. The Quicktime video was imported into Sorenson Squeeze and transcoded as an MPEG-2 file and as a Windows Media Video file. The MPEG-2 was inserted into the template of the first DVD in DVD Architect and saved as DVD-2. Five originals of DVD-2 were made for the dissemination. Three were given to WHITNEY, one given to HORN for the FBI, and one retained in the FVA Lab. The Windows Media Video file was copied to a new CD-R. Four copies of that CD-R were made. Three were given to WHITNEY and one retained by the FVA Lab.