Back to Dept Hist                                                                                   previous        next

State of Oklahoma

# Council on Law Enforcement Education and Training

Individual Full Profile (Web Based)

**STRANG, CHAD H**

| | | | |
|---|---|---|---|
| Sex: | Male | Officer Type: | Peace Officer |
| | | Flag: | NA |
| | | Type: | Mandate Training |
| Basic Academy Weapon: | Semi-Automatic | | |
| Sexual Assault Training: | Yes | | |

**Certification Levels:**

| Cert Description | Date |
|---|---|
| Basic (324 Hours) | 12/17/2003 |

**Mandatory Training Summary:**

| Year | MT Hours | MH Hours | FA Done |
|---|---|---|---|
| 2016 | 31 | 0 | Yes |
| 2015 | 36 | 2 | Yes |
| 2014 | 40 | 6 | Yes |
| 2013 | 28 | 6 | Yes |
| 2012 | 70 | 2 | Yes |
| 2011 | 72 | 4 | Yes |
| 2010 | 27.5 | 2 | Yes |
| 2009 | 158 | 2 | Yes |
| 2008 | 122 | 2 | Yes |
| 2007 | 49 | 1 | |
| Earlier | 86 | 7 | |
| Totals | 719.5 | 34 | Yes |

. Report Created By: STRANG, CHAD H

**Employment History:**  (Only the last 5 employers are shown here. Full history is available by written request.)

| Start Date | End Date | Status | Agency | City | Rank | Reason |
|---|---|---|---|---|---|---|
| 08/11/2003 | | Active | WILDLIFE CONSERVATION | OKC | GAME WARDEN | |

**Training History:**

| Date | Course | Hours | Year | MT | MH | Agency | City |
|---|---|---|---|---|---|---|---|
| 04/01/2016 | Precision Driving Course | 8 | 2016 | 8 | 0 | Oklahoma Department | Ada |
| 03/25/2016 | Officer Weapons Skills | 8 | 2016 | 8 | 0 | Oklahoma Department | Stroud |
| 03/25/2016 | F/A Qualification | 0 | 2016 | 0 | 0 | CLEET | Stroud |
| 03/09/2016 | Animal Cruelty & Fightin | 7 | 2016 | 7 | 0 | OK Sheriffs Assoc | FRANCIS TUTTLE TECH |
| 01/29/2016 | LE First Response | 8 | 2016 | 8 | 0 | OU Dept of Emergenc | OK WD |
| 09/11/2015 | F/A Qualification | 0 | 2015 | 0 | 0 | CLEET | PAULS VALLEY |
| 06/05/2015 | MH Treatment & Services | 4 | 2015 | 4 | 2 | Oklahoma Department | PURCELL |
| 04/28/2015 | Adv Interview Roadside | 16 | 2015 | 16 | 0 | OBN | NORMAN |
| 04/03/2015 | DT Refrsh for OK Game Wa | 8 | 2015 | 8 | 0 | Oklahoma Department | NICHOLS HILLS |
| 03/07/2015 | Ground Fighting Survival | 8 | 2015 | 8 | 0 | Shawnee PD | SHAWNEE |
| 12/04/2014 | SkidCar Instr Act Instr | 4 | 2014 | 4 | 0 | OSU-OKC Precision D | OKC |
| 07/18/2014 | MH Treatment & Services | 4 | 2014 | 4 | 4 | CLEET | PURCELL |
| 06/01/2014 | F/A Qualification | 0 | 2014 | 0 | 0 | WILDLIFE CONSERVATIO | MARIETTA |
| 04/29/2014 | Neck Rest & Ground Cntro | 8 | 2014 | 8 | 2 | Moore PD | Moore |
| 02/18/2014 | LAWS GOVRN SEARCH/SEIZUR | 8 | 2014 | 8 | 0 | OBN | ARCADIA |
| 02/14/2014 | DEF TACT REFRESHER/GM WD | 8 | 2014 | 8 | 0 | ODWC | NEWCASTLE |
| 01/15/2014 | Aerial Hunting | 8 | 2014 | 8 | 0 | OK Dept of Agricult | Okla. City |
| 10/04/2013 | F/A Qualification | 0 | 2013 | 0 | 0 | WILDLIFE CONSERVATIO | PURCELL |
| 05/15/2013 | Basic Narcotics | 8 | 2013 | 8 | 2 | OK Board Vet Medica | NORMAN |
| 05/09/2013 | MH Treatment & Services | 4 | 2013 | 4 | 4 | CLEET | Norman |
| 03/30/2013 | LE ATV/UTV Operator Trng | 8 | 2013 | 8 | 0 | ODWC | GEARY |
| 02/06/2013 | DEF TACT REFRESHER/GM WD | 8 | 2013 | 8 | 0 | ODWC | NEWCASTLE |
| 11/18/2012 | DEFENSIVE TACTICS REFRESH | 8 | 2012 | 8 | 0 | OKLAHOMA DEPARTMENT | NEWCASTLE |
| 11/10/2012 | ALERRT Course | 16 | 2012 | 16 | 0 | CLEET | CHANDLER |
| 10/25/2012 | Handgun Lic Update 2012 | 4 | 2012 | 4 | 0 | OHP | ADA |
| 10/12/2012 | F/A QUAL | 0 | 2012 | 0 | 0 | WILDLIFE CONSERVATIO | ARDMORE |
| 06/12/2012 | LE ATV/UTV Operator Trng | 8 | 2012 | 8 | 0 | ODWC | NORMAN |
| 06/06/2012 | STALKING SUSP/VICTIMS | 1 | 2012 | 1 | 1 | CLEET | PURCELL |
| 04/17/2012 | M-4 FAMILIAR/TRANSITION | 16 | 2012 | 16 | 0 | ODWC | OKC |
| 02/23/2012 | LE ATV/UTV OPERATOR | 8 | 2012 | 8 | 0 | ODWC | NORMAN |
| 02/17/2012 | MENTAL HEALTH | 1 | 2012 | 1 | 1 | ODWC/CLEET | PURCELL |

EXHIBIT 11 Clarkston

| Date | Course | Hours | Year | Hours | | Agency | Location |
|---|---|---|---|---|---|---|---|
| 01/19/2012 | SEARCH & SEIZURE UPDATE | 8 | 2012 | 8 | 0 | OBN | CHICKASHA |
| 12/16/2011 | IMPACT | 8 | 2011 | 8 | 0 | ODWC | EDMOND |
| 11/10/2011 | ANNL DEF TACT REVIEW | 8 | 2011 | 8 | 0 | ODWC | OKC |
| 11/10/2011 | MENTAL HEALTH | 1 | 2011 | 1 | 1 | ODWC | OKC |
| 09/15/2011 | PRECISION DRIVING | 8 | 2011 | 8 | 0 | ODWC | BURNS FLAT |
| 06/17/2011 | MENTAL HEALTH | 1 | 2011 | 1 | 1 | ODWC | PURCELL |
| 05/03/2011 | NARC AIR ASSAULT SCHOOL | 40 | 2011 | 40 | 0 | OBN/DEA | BRAGGS |
| 03/22/2011 | EVID BASED SEXUAL ASSAULT | 6 | 2011 | 6 | 2 | CLEVELAND CO SO | NORMAN |
| 03/18/2011 | F/A QUALIFICATION | 0 | 2011 | 0 | 0 | ODWLC | CHANDLER |
| 10/11/2010 | STALKING SUSP/VICITMS | 1 | 2010 | 1 | 1 | CLEET | ONLINE |
| 09/14/2010 | AWARE/RESP-BIO EVENTS | 6.5 | 2010 | 6.5 | 0 | NCBRT | ONLINE |
| 07/02/2010 | DT REVIEW | 8 | 2010 | 8 | 0 | ODWC | EDMOND |
| 06/17/2010 | F/A QUALIFICATION | 0 | 2010 | 0 | 0 | ODWLC | SHAWNEE |
| 04/16/2010 | FORENSIC SCIENCE WC OFFIC | 7 | 2010 | 7 | 0 | FORENSIC SCIENCE INS | EDMOND |
| 04/08/2010 | OUTDOOR MARIJUANA INV | 4 | 2010 | 4 | 0 | OBNDD | OKC |
| 01/15/2010 | MENTAL HEALTH | 1 | 2010 | 1 | 1 | ODWC | PURCELL |
| 09/17/2009 | F/A QUALIFICATION | 0 | 2009 | 0 | 0 | ODWLC | OKC |
| 07/24/2009 | DT REFRESHER | 8 | 2009 | 2 | 0 | ODWL | NEWCASTLE |
| 06/15/2009 | WATER ENFORCEMENT TRNG | 84 | 2009 | 84 | 0 | OHP | EDMOND |
| 05/19/2009 | SEARCH/SEIZURE FOR GAME W | 6 | 2009 | 6 | 0 | OBNDD | FAIRVIEW |
| 05/19/2009 | MIRANDA LAWS | 2 | 2009 | 2 | 0 | OBNDD | FAIRVIEW |
| 05/05/2009 | STALKING SUSP/VICTIMS | 1 | 2009 | 1 | 1 | ODWC | PURCELL |
| 04/13/2009 | MENTAL HEALTH | 1 | 2009 | 1 | 1 | ODWC | PURCELL |
| 03/17/2009 | RADIO RESP/ACTIVE SHOOT | 16 | 2009 | 16 | 0 | CLEET | STILLWATER |
| 02/04/2009 | LEDT INST APPRENTICESHIP | 46 | 2009 | 46 | 0 | A0805 | ADA |
| 12/01/2008 | LEDT INSTRUCTOR | 56 | 2008 | 56 | 0 | CLEET | ADA |
| 08/27/2008 | POLARIS RANGER | 8 | 2008 | 8 | 0 | ODWC | WAYNE |
| 08/01/2008 | F/A QUALIFICATION | 0 | 2008 | 0 | 0 | WILDLIFE CONS | SHAWNEE |
| 07/14/2008 | INSTRUCTOR DEV | 40 | 2008 | 40 | 0 | CLEET | SPENCER |
| 06/22/2008 | TACTICS/GROUND CONTRO | 8 | 2008 | 8 | 0 | NEWCASTLE PD | NEWCASTLE |
| 06/20/2008 | STALKING SUSP/VICTIMS | 1 | 2008 | 1 | 1 | ODWC | PURCELL |
| 03/21/2008 | DEF TACTICS REVIEW | 8 | 2008 | 8 | 0 | ODWC | NEWCASTLE |
| 02/15/2008 | MENTAL HEALTH | 1 | 2008 | 1 | 1 | ODWC | PURCELL |
| 11/04/2007 | DT | 16 | 2007 | 16 | 0 | ODWC | OKC |
| 08/03/2007 | DEF TACTICS | 8 | 2007 | 8 | 0 | ODWC | NEWCASTLE |
| 06/27/2007 | INTERROGATION 2 | 16 | 2007 | 16 | 0 | CLEET | OKLAHOMA CITY |
| 05/11/2007 | MENTAL HEALTH | 1 | 2007 | 1 | 1 | ODWC | EDMOND |
| 02/28/2007 | OFFICERS SURVIVAL T | 8 | 2007 | 8 | 0 | OHP | WEATHERFORD |
| 08/27/2006 | CIVILITY | 8 | 2006 | 8 | 0 | CLEET | NORMAN |
| 08/17/2006 | PERSONAL COMMUNICAT | 1 | 2006 | 1 | 0 | CLEET | ONLINE |
| 08/08/2006 | NOTIFICATION | 1 | 2006 | 1 | 1 | CLEET | ONLINE |
| 08/03/2006 | NOTIFICATION | 1 | 2006 | 1 | 0 | CLEET | ONLINE |
| 07/11/2006 | PANDEMIC PREPARE | 1 | 2006 | 1 | 0 | CLEET | ONLINE |
| 04/14/2006 | HANDLING MENTAL ILL | 1 | 2006 | 1 | 1 | ODWC | PURCELL |
| 02/15/2006 | DRIVERS LICENSE | 1 | 2006 | 1 | 0 | CLEET | ONLINE |
| 02/11/2006 | | 3 | 2006 | 3 | 0 | CLEET | ONLINE |
| 10/14/2005 | MENTAL ILL | 1 | 2005 | 1 | 1 | DEPT. WILDLIFE | PURCELL |
| 08/01/2005 | INTERROGATION 1 | 16 | 2005 | 16 | 0 | CLEET | OKLAHOMA CITY |
| 05/27/2005 | REFRESHER | 8 | 2005 | 8 | 0 | DEPT. WILDLIFE | BURNS FLAT |
| 02/10/2005 | MENTAL HEALTH | 1 | 2005 | 1 | 1 | ODWC | OKC |
| 07/15/2004 | SPANISH | 24 | 2004 | 24 | 0 | CLEET | EL RENO |
| 04/29/2004 | CERTIFICATION | 1 | 2004 | 1 | 1 | SHAWNEE PD | SHAWNEE |
| 12/12/2003 | | 0 | 2003 | 16 | 1 | E03B5 | BROKEN ARROW |
| 12/00/2003 | | 56 | 2003 | 0 | 0 | E03B5 | BROKEN ARROW |
| 11/17/2003 | CONTROL | 56 | 2003 | 0 | 0 | E03B5 | BROKEN ARROW |
| 11/17/2003 | INVESTIGATION | 26 | 2003 | 0 | 0 | E03B5 | BROKEN ARROW |
| 11/14/2003 | | 8 | 2003 | 0 | 0 | E03B5 | BROKEN ARROW |
| 11/13/2003 | | 8 | 2003 | 0 | 0 | E03B5 | BROKEN ARROW |
| 11/11/2003 | | 24 | 2003 | 0 | 0 | E03B5 | BROKEN ARROW |
| 10/30/2003 | | 60 | 2003 | 0 | 0 | E03B5 | BROKEN ARROW |
| 10/24/2003 | | 32 | 2003 | 0 | 0 | E03B5 | BROKEN ARROW |
| 10/11/2003 | | 40 | 2003 | 0 | 0 | E03B5 | BROKEN ARROW |
| 10/15/2003 | RELATIONS | 6 | 2003 | 0 | 0 | E03B5 | BROKEN ARROW |
| 08/15/2003 | | 1 | 2003 | 1 | 0 | ODWC | OKC |
| 08/01/2003 | CRISIS INTERVE | 1 | 2003 | 1 | 1 | DEPT.WILDLIFE | OKC |
| | | 1027.5 | | 719.5 | 34 | | |