## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1) NAIR RODRIGUEZ, as next of kin to, the ESTATE of LUIS RODRIGUEZ,<br>2) NAIR RODRIGUEZ, individually, and<br>3) LUINAHI RODRIGUEZ, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>1) WARREN THEATRES, LLC, OKLAHOMA,<br>2) WARREN THEATRES, LLC,<br>3) BRIAN CLARKSTON,<br>4) TYLER HOWSER,<br>5) CHAD STRANG,<br>6) THE CITY OF MOORE ex rel. THE MOORE POLICE DEPARTMENT,<br>7) JOSEPH BRADLEY,<br>8) RYAN MINARD,<br>9) MIDWEST REGIONAL MEDICAL CENTER EMS,<br>10) MIDWEST REGIONAL MEDICAL CENTER, LLC,<br>11) GUY RODOLPH, and<br>12) JASON SMITH,<br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Case No. CIV-2016-150-D<br><br>Removed from the District of Oklahoma County, OK Case No. CJ-2015-357 |

### **PLAINTIFF'S MOTION FOR DISMISSAL WITHOUT PREJUDICE**

**COMES NOW** the Plaintiffs, Nair Rodriguez, Luinahi Rodriguez, and Nair Rodriguez as Personal Representative of the Estate of Luis Rodriguez , pursuant to Fed. R. Civ. P. 41(a)(2), and submits the following Motion for Dismissal without Prejudice for the entry of an order dismissing the case without prejudice. In support, Plaintiffs would state as follows:

1. That on or about February 14, 2014, Luis Rodriguez (hereinafter referred to as Deceased) attended a movie with his wife, Nair Rodriguez, and daughter, Luinahi Rodriguez.

2. That following the movie, the Defendant officers and game wardens approached the Rodriguez family inquiring into the details of a disciplinary action taken against Luinahi by Nair.

3. That after being informed that Nair slapped Luinahi, Defendant officers and game wardens continued to harass Luis Rodriguez, ultimately using physical force which resulted in his suffocation and death.

4. Due to another death in her family, Plaintiff has had to temporarily relocate to Puerto Rico for an undetermined amount of time.

5. Obviously, this will result in significant travel expense for the Plaintiff and as she is unemployed, she does not have the means to travel back and forth to Oklahoma from Puerto Rico in order to continue pursuing justice for her husband at this time.

6. Rather than burden this Court, Plaintiff would request dismissal of this matter without prejudice, pursuant to Fed. R. Civ. P. 41(a)(2) and 12 O.S. § 100.

**WHEREFORE**, all premises considered, Plaintiff respectfully requests the Court dismiss its claims against the above-named Defendants, without prejudice.

Respectfully submitted,

By: s/ Marissa T. Osenbaugh
Marissa T. Osenbaugh, OBA #19905
**HOLLOWAY BETHEA & OSENBAUGH**
3035 N.W. 63rd, Suite 102N
Oklahoma City, OK 73116
Telephone: (405) 246-0600
Facsimile: (405) 810-4080
mosenbaugh@hbolaw.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies above instrument was electronically filed using the CM/ECF system of the United States District Court for the Western District of Oklahoma on the 20th day of March, 2017 and that a copy of the same was electronically transmitted to the following:

David W. Kirk - via electronic mail at: kirk@lytlesoule.com
Michael C. Felty – via electronic mail at felty@lytlesoule.com
Robert Ray Jones, Jr.
Stacey S. Chubbuck
LYTLE SOULÉ & CURLEE
119 North Robinson, Suite 1200
Oklahoma City, OK 73102
    -and-
Gary J. James - via electronic mail at: gary@garyjameslaw.com
GARY J. JAMES & ASSOCIATES
P.O. Box 2443
Oklahoma City, OK 73101-2443
*Attorneys for Defendants Warren Theatres, LLC,*
*Oklahoma Warren Theatres, LLC, Brian Clarkston,*
*Tyler Howser and Chad Strang*

Kathryn D. Terry - via electronic mail at: kdterry@phillipsmurrah.com
Cody J. Cooper - via electronic mail at: cjcooper@phillipsmurrah.com
PHILLIPS MURRAH
Corporate Tower
101 N. Robinson Avenue, 13th Floor
Oklahoma City, OK 73102

***Attorneys for Defendants Joseph Bradley***
***Brian Clarkston and Ryan Minard***

Christopher J. Collins – via electronic mail at: cjc@czwglaw.com
David Lee – via electronic mail at: David@czwglaw.com
COLLINS, ZORN & WAGNER
429 NE 50th Street
Second Floor
Oklahoma City, OK 73105
***Attorneys for Defendant City of Moore***
***ex rel Moore Police Department***


John Wiggins - via electronic mail at: jwiggins@wsolaw.net
Erin A. Renegar – via electronic mail at: erenegar@wsolaw.net
Daniel J. Thompson – via electronic mail at: dthompson@wsolaw.net
Cameron Capps – via electronic mail at: ccapps@wsolaw.net
WIGGINS, SEWELL & OGLETREE
3100 Oklahoma Tower
210 Park Avenue
Oklahoma City, OK 73102
***Attorneys for Defendants Midwest Regional Medical Center***
***dba Midwest Regional Medical Center EMS,***
***Guy Rudolph and Jason Smith***

                                                          s/ *Marissa T. Osenbaugh*