```
 1              IN THE UNITED STATES DISTRICT COURT

 2             FOR THE WESTERN DISTRICT OF OKLAHOMA

 3   NAIR RODRIGUEZ, as next of kin to the)
     ESTATE OF LUIS RODRIGUEZ, NAIR       )
 4   RODRIGUEZ, Individually, and LUINAHI )
     RODRIGUEZ, Individually,             )
 5                                        )
            Plaintiffs,                   )
 6                                        )
     -vs-                                 )  No.  CIV-16-00150-D
 7                                        )
     WARREN THEATRES, LLC; OKLAHOMA WARREN)
 8   THEATRES, LLC; BRIAN CLARKSTON; TYLER)
     HOWSER; CHAD STRANG; THE CITY OF     )
 9   MOORE ex rel. THE MOORE POLICE       )
     DEPARTMENT; JOSEPH BRADLEY; RYAN     )
10   MINARD; MIDWEST REGIONAL MEDICAL     )
     CENTER EMS; MIDWEST REGIONAL MEDICAL )
11   CENTER, LLC; GUY RODOLPH; JASON      )
     SMITH,                               )
12                                        )
            Defendants.                   )
13   _____)

14

15

16          VIDEOTAPED DEPOSITION OF LUINAHI RODRIGUEZ

17            TAKEN ON BEHALF OF THE DEFENDANTS

18                 IN OKLAHOMA CITY, OKLAHOMA

19                   ON NOVEMBER 7, 2016

20                 COMMENCING AT 9:35 A.M.

21

22                    INSTASCRIPT, LLC
                 101 PARK AVENUE, SUITE 910
23              OKLAHOMA CITY, OKLAHOMA 73102
                      (405) 605-6880
24                schedule@instascript.net

25    REPORTED BY:  LORI A. JOHNSTON, CSR, RPR, CLR, RSA
```

```
 1   dad saying anything to the officer before he tried to walk
 2   around him, but after the officer asked to see his ID?
 3        A    No.
 4        Q    Okay.  What happened when your dad tried to
 5   walk around the security guard?
 6        A    He tried to get this arm.  (Indicating).  I
 7   guess the one on the left.  But my dad just continued to
 8   walk, and an officer fell.
 9        Q    Okay.  Well, now, do you think that is -- that
10   all happens during this first confrontation with the one
11   officer at 5:21 on the video, or is that a few seconds
12   later?  And it's perfect -- I mean, if you think it happens
13   at this point, that's fine.  But...
14        A    When my -- my dad walked around, I don't know
15   if it happened at this point or --
16        Q    Okay.  Well, let's --
17        A    But when he walked around.
18        Q    Okay.  But you do remember when you and your
19   dad were first approached, the officer told you that they
20   had gotten a report somebody had hit someone?
21        A    Correct.
22        Q    And your dad said, "Yeah, my wife struck my
23   daughter, but it's a family deal"?
24        A    He didn't use "struck," but yes.
25        Q    Okay.  Well --
```

```
 1        A    Basically implying that it was between me and
 2   her.
 3        Q    Do you remember what your dad did say?
 4        A    "My -- my wife hit my daughter, but this is a
 5   family situation."
 6        Q    Okay.  And then at that point, your dad tried
 7   -- the officer asked for your ID; right?
 8        A    Yes.
 9        Q    You tell him that it's with your mom?
10        A    Yes.
11        Q    Yours is with your mom?
12        A    Yes.
13        Q    And your dad tries to walk around the officer?
14        A    Yes.
15        Q    Okay.  But your dad didn't grab his ID?
16        A    No.
17        Q    Do you know whether your dad at this time --
18   did he carry a wallet?
19        A    I believe so.
20        Q    I mean, did -- have you --
21        A    Because I think --
22        Q    Do you know where your dad kept his driver's
23   license?
24        A    That's something you would have to ask my dad.
25        Q    Okay.  Well, I was just, like, for -- well, how
```

```
 1      A    He wasn't doing anything.  He was already on
 2   the ground and went "Uh."  That's the only thing.  And he
 3   was like this and, like, down already.  (Indicating).
 4      Q    You -- the officers told him to calm down after
 5   he was on the ground?
 6      A    Uh-huh.
 7      Q    They didn't tell him to calm down before he was
 8   on the ground?
 9      A    No.
10      Q    Did any officer at any time say, "Give me your
11   ID or I'll have to arrest you"?
12      A    No.
13      Q    Did any --
14      A    At that point, once my -- my father walked
15   around, no mention of the ID or anything like that.
16      Q    Okay.  So the last time the officer asked for
17   the ID, your dad did not respond and continued to --
18      A    No.
19      Q    -- try and walk around?
20      A    Correct.
21      Q    Correct?
22           And that's when somebody grabbed his left arm?
23      A    Uh-huh.
24      Q    That officer falls down?
25      A    Uh-huh.
```