```
 1   bipolar condition?  What is that?

 2        A    Will you please repeat that question again?

 3        Q    Sure.

 4             You mentioned that you have a bipolar

 5   condition; correct?

 6        A    Bible?

 7        Q    Bipo- --

 8        A    Bipolar?

 9        Q    Yes.

10        A    I'm sorry.

11        Q    Pardon me.

12             What does that mean?  What is that?

13        A    Well, it's going to the extreme.  Suddenly, I

14   can be happy for no reason.  Sadly, most of the time, I'm

15   depressed.  Of course, has been increment since my husband

16   passed away and the circumstances of it.  But as I

17   remember, I always had that feelings.

18        Q    Okay.

19        A    As my work history can tell you, never hold a

20   full-time position.

21        Q    Okay.

22        A    Employee -- employment, I'm sorry.  And the

23   success was 22 years of marriage with my husband.

24        Q    Okay.

25        A    As I -- I described already my -- my life
```