| MOORE POLICE DEPARTMENT | Page 2 | Incident Supplement |
|---|---|---|
| 117 E MAIN  MOORE, OKLA. 73160 | Case No. **14-06140** | Supp No. **14-06140-004** |
| | Supp Reported  **02/18/2014 00:00:00** | **Tuesday** |

| Inc Date Range  02/15/2014 00:03:00 - 02/15/2014 00:06:00 | Inc Primary Violation  21/644.C - DOMESTIC ABUSE |
|---|---|
| Inc Location  1000 S TELEPHONE AV, MOORE, OK  73160 | |

**Title: *DETECTIVE FOLLOW UP***

ground.  As the officers were attempting to gain control of Luis, Howser said he was trying to grab his arms to assist in getting him handcuffed but they still had a hard time doing so.  Howser said they were eventually able to get Luis handcuffed and he was still breathing when this was accomplished.  He said when they rolled him over and sat him up, he appeared limp so they called the ambulance and paramedics who were already on scene tending to the intoxicated subjects.  The paramedics began administering medical help to Luis and ended up transporting him to the Moore Medical Center right next door.  Howser said this was the extent of his involvement. (see audio recording for entire interview)

     Interview with Officer Chad Strang:  Chad is also a game warden with the Oklahoma Dept of Wildlife and was working off duty at the Warren Theater at the time of this incident .  Strang recalled the incident much like Howser did.  He stated as they were tending to the intoxicated subjects, an unknown female informed them there was a physical fight happening in the parking lot.  The officers followed her out to the lot where she pointed out the Rodriguez family as the ones who were involved in the fight.  Strang said he observed Nair walking away from Luis and Luinahi and Howser caught up to her and began speaking with her away from Luis and Luinahi.  Strang said Luis asked was had happened at which time he responded that it was none of the officer's business and that it was a "family matter".  Strang said Luis immediately became defensive and took an aggressive stance with his arms crossed at first.  He said officers explained to Luis why his ID was required and he said it was his wife that had been the hitting their daughter.  Luis continued to tell officers that he was not giving them his identification.  Strang said he wasn't sure if Luis was intoxicated but his eyes were red and his speech was somewhat slurred.  Strang said Luis appeared to be clinching his fists in a manner that he interpreted to be even more aggressive and thought he was going to fight.  At this time, one of the Moore Officers attempted to put Luis in an arm bar and Luis threw him off of him.  Strang described Luis as a large man that wasn't having any trouble moving the officers around.  Strang said Luis was told numerous times to stop resisting and he continued to fight.  Strang said at some point, an officer tried to pepper spray Luis.  Strang said as they were struggling to get control of Luis, he administered knee strikes to his shoulder in an attempt to get his hands behind his back.  Once Luis was handcuffed, Strang said he was rolled over and sat up and this is when Luis appeared to go limp.  The ambulance was still on scene and paramedics administered medical help to him at that time.  (see audio recording for entire interview)

     Interview with Officer Brian Clarkston:  Clarkston is an officer for the Moore Police Department.  He was working off-duty at the Warren Theater at the time of this incident.  His statement of events is consistent with that of Officers Howser and Strang.  Clarkston added that he had contacted dispatch when they were dealing with the intoxicated subjects to have officers sent to his location to take care of them.  He also requested an ambulance due to the level of intoxication of one of the subjects.  He stated Officers Minard and Bradley arrived to his location. While they were present with him and the two game wardens, they were informed about a physical fight happening in the parking lot.  Clarkston said he told Minard and Bradley to come with them to take care of the fight.  He said once the 3 subjects were pointed out to them, he observed Strang make contact with the male subject (Luis) who was obviously upset.  Clarkston said Luis' daughter (Luinahi) was with him too.  While Strang contacted Luis, Howser contacted Nair who had walked away from them in the parking lot.  Clarkston said as Strang tried to talk to Luis in order to gather information as to what had occurred, Luis was trying to get around him and appeared to be aggressive.  Clarkston said he heard Strang request identification from Luis at which time Luis told him "no" and stepped back and crossed his arms.  Clarkston said once Luis took this stance, Officer Bradley informed him the same thing and Luis then stepped back once more and "squared off" in what was interpreted as a fighting stance. Clarkston said once this happened, Minard grabbed Luis' arm and attempted to place him in an arm bar but Luis swung Minard away from him.  Clarkston said Luis then began to fight them and was out of control.  Clarkston said he tried to control Luis' legs so the other officers could handcuff him but he was fighting and resisting a lot. Clarkston said Luis was informed numerous times to stop resisting and heard Minard inform him that if he didn't

| Officer ID :  **SGT DUSTIN HORSTKOETTER**           **251** | Agency :  **MPD** | Reviewed By : | Date : |
|---|---|---|---|