IN THE DISTRICT COURT OF OKLAHOMA COUNTY

STATE OF OKLAHOMA

NAIR RODRIGUEZ, as next of kin )
to the ESTATE OF LUIS RODRIGUEZ, )
NAIR RODRIGUEZ, individually, and )
LUINAHI RODRIGUEZ, individually, )
)
       Plaintiffs, )
)
-vs- ) Case No.
) CJ-2015-357
)
WARREN THEATERS, LLC, OKLAHOMA )
WARREN THEATERS, LLC, BRIAN )
CLARKSTON, TYLER HOWSER, CHAD )
STRANG, THE CITY OF MOORE )
ex rel. THE MOORE POLICE )
DEPARTMENT, JOSEPH BRADLEY, RYAN )
MINARD, MIDWEST REGIONAL MEDICAL )
CENTER EMS, MIDWEST REGIONAL )
MEDICAL CENTER, LLC, GUY RUDOLF, )
JASON SMITH, )
)
       Defendants. )

VIDEO DEPOSITION OF RYAN MINARD

TAKEN ON BEHALF OF THE PLAINTIFFS

IN OKLAHOMA CITY, OKLAHOMA

ON SEPTEMBER 22, 2015

REPORTED BY:   RAY MULLIN, CSR



Lowery & Associates, Inc.
Certified Shorthand Reporters

320 NW 13th STREET • OKLAHOMA CITY, OKLAHOMA 73103
405 319 9990 • FAX 405 602 9993 • loweryandassociates@coxinet.net

```
 1  shortly.
 2              MR. COLLINS:  All right.  Thank you.
 3              MR. HOLLOWAY:  Let's see.  Where
 4  were we?  Oh.
 5      Q    (By Mr. Holloway)  What position -- did
 6  he ever -- did he ever cross his arms in front
 7  of himself?
 8      A    I don't know.
 9      Q    If it says he did in the records, would
10  you disagree with that record?
11      A    If it said he did in the records, I
12  wouldn't disagree with it.
13      Q    If he crosses his arms, is that more
14  typical of seeing somebody being defensive or
15  offensive?
16      A    Of crossing the arms?
17      Q    Crossing his arms in front of himself,
18  yes.
19      A    If they -- it depends -- it depends.
20  It's a difference.  I don't know.
21      Q    Okay.
22      A    It could be both.
23      Q    It could be both.
24           If -- if he tries to move around the
25  officer because, for example, he may want to go
```