IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

NAIR RODRIGUEZ, as next of kin to )
THE ESTATE OF LUIS RODRIGUEZ, )
*et al.*, )
                                  Plaintiffs, )
v. )    Case No. CIV-16-150-D
WARREN THEATRES, LLC, *et al.*, )
                                  Defendants. )

## **J U D G M E N T**

Pursuant to the Order issued this date, this action is dismissed without prejudice to refiling but subject to conditions on refiling set forth in the Order.

Entered this 12th day of April, 2017.

_____
TIMOTHY D. DeGIUSTI
UNITED STATES DISTRICT JUDGE